DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: ILAN STEIN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637- 2525
Facsimile: (212) 637-2786
E-mail: ilan.stein@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE CIVIL | : | M 93 |
| TRIAL COURT NO. 75 BUENOS AIRES, | : | |
| ARGENTINA, IN THE MATTER OF | : | |
| DIANA CAROLINA WAHRLICH, ET AL. | : | |
| v. DIEGO FERNANDO RIVERO | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Ilan Stein, executed on May 13, 2022, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Ilan Stein, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Civil Trial Court No. 75, Buenos Aires, Argentina, seeking information from Bank of New York Mellon, in New York, New York, in connection with a proceeding pending in that court captioned "Diana Carolina Wahrlich, et al. v. Diego Fernando Rivero."

Dated: New York, New York
May 13, 2022

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ ILAN STEIN
       ILAN STEIN
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel:  (212) 637-2525
       Fax:  (212) 637-2786
       Email: ilan.stein@usdoj.gov